**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**ANICETO GOMEZ-MORALES**                    **CASE NO.  3:26-CV-00651 SEC P**

**VERSUS**                                                    **JUDGE EDWARDS**

**BRIAN ACUNA ET AL**                            **MAG. JUDGE MCCLUSKY**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge (Doc. 11) having been considered, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Aniceto Gomez-Morales' Petition is **DENIED AND DISMISSED WITH PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 15th day of May, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE